# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JACKIE RICHARDS,<br><br>     Plaintiff,<br><br> v.<br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>     Defendant. | NO. C12-1053-RSL<br><br><br>ORDER REMANDING CASE |

The Court, after careful consideration of the Plaintiff's complaint, the parties' briefs, all papers and exhibits filed in support and opposition thereto, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) The final decision of the Commissioner is REVERSED and this case is REMANDED to the Social Security Administration for further proceedings not inconsistent with the Report and Recommendation.

DATED this 12th day of April, 2013.

           */s/ Robert S. Lasnik*
           ROBERT S. LASNIK
           United States District Judge

ORDER REMANDING CASE - 1